BROOKE E. CUCINELLA
O'MELVENY & MYERS LLP
7 Times Square
New York, New York 10036
(212) 326-2000

Attorneys for Defendant
  Peter Grimm

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>             -against-<br><br>DOMINICK P. CAROLLO,<br>STEVEN E. GOLDBERG, and<br>PETER S. GRIMM,<br><br>                        Defendants. | No. S1 10-CR-654 (HB)<br><br>**(ECF Matter)**<br><br>**NOTICE OF APPEARANCE** |

      Please enter the appearance of Brooke E. Cucinella of O'Melveny & Myers LLP as counsel for defendant Peter S. Grimm in the above-captioned case.

Dated: New York, New York
       February 29, 2012

                                          O'MELVENY & MYERS LLP
                                          By:   /s/ Brooke E. Cucinella
                                                 Brooke E. Cucinella

                                          7 Times Square
                                          New York, New York 10036
                                          Tel:  (212) 326-2000
                                          Fax:  (212) 326-2061
                                          E-mail:  bcucinella@omm.com