ANTON METLITSKY
O'MELVENY & MYERS LLP
7 Times Square
New York, New York  10036
(212) 326-2000

Attorneys for Defendant
  Peter Grimm

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>DOMINICK P. CAROLLO,<br>STEVEN E. GOLDBERG, and<br>PETER S. GRIMM,<br><br>                    Defendants. | No. 10-CR-654 (HB)<br><br>**(ECF Matter)**<br><br>**NOTICE OF APPEARANCE** |

Please enter the appearance of Anton Metlitsky of O'Melveny & Myers LLP as counsel for defendant Peter S. Grimm in the above-captioned case.

Dated:  New York, New York
        October 15, 2012

Respectfully submitted,

O'MELVENY & MYERS LLP

By:    /s/ Anton Metlitsky
       Anton Metlitsky
       O'Melveny & Myers LLP
       7 Times Square
       New York, New York  10036
       (212) 326-2000
       ametlitsky@omm.com