Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

## United States District Court

Southern District of New York

**U.S. DISTRICT COURT FILED OCT 26 2012 D.S. S.D. OF N.Y.**

Caption:

United States v.

Carollo, et al.

Docket No.: S1 10-CR-654

Hon. Harold Baer, Jr.
(District Court Judge)

Notice is hereby given that __Peter S. Grimm__ appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other _____ (specify)

entered in this action on __October 25, 2012__.
(date)

This appeal concerns: Conviction only [ ]   Sentence only [ ]   Conviction & Sentence [✓]   Other [ ]

Defendant found guilty by plea [ ]   trial [✓]   N/A [ ]

Offense occurred after November 1, 1987?  Yes [✓]   No [ ]   N/A [ ]

Date of sentence: __October 18, 2012__   N/A [ ]

Bail/Jail Disposition: Committed [✓]   Not committed [ ]   N/A [ ]

        Voluntary surrender on November 26, 2012.

Appellant is represented by counsel? Yes [✓]   No [ ]   If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | Howard E. Heiss |
| Counsel's Address: | O'Melveny & Myers LLP |
| | 7 Times Square, New York, NY 10036 |
| Counsel's Phone: | (212) 326-2116 |
| Assistant U.S. Attorney: | Antonia R. Hill |
| AUSA's Address: | Antitrust Division- Department of Justice |
| | 26 Federal Plaza, Room 3630, New York, NY 10278 |
| AUSA's Phone: | (212) 335-8000 |

_____
Signature