Criminal Notice of Appeal - Form A

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 8 2012

AMENDED
NOTICE OF APPEAL

United States District Court

Southern District of New York

Caption:

United States

v.

Carollo, et al.

Docket No.: S1 10-CR-654

Hon. Harold Baer, Jr.
(District Court Judge)

Notice is hereby given that Peter S. Grimm appeals to the United States Court of Appeals for the Second Circuit from the judgment ___, other ✓ corrected judgment
entered in this action on November 7, 2012*
(date) (specify)

*Clerical correction pursuant to Fed. R. Crim. P. 36; Original judgment entered 10/25/2012.

This appeal concerns: Conviction only ___ Sentence only ___ Conviction & Sentence ✓ Other ___
Defendant found guilty by plea ___ | trial ✓ | N/A ___
Offense occurred after November 1, 1987? Yes ✓ No ___ N/A ___
Date of sentence: October 18, 2012    N/A ___
Bail/Jail Disposition: Committed ✓ Not committed ___ N/A ___

Voluntary surrender on November 26, 2012.

Appellant is represented by counsel? Yes ✓ | No ___  If yes, provide the following information:

Defendant's Counsel: Howard E. Heiss
Counsel's Address: O'Melveny & Myers LLP
7 Times Square, New York, New York 10036
Counsel's Phone: 212-326-2116

Assistant U.S. Attorney: Antonia R. Hill
AUSA's Address: Antitrust Division -- Department of Justice
26 Federal Plaza, Room 3630, New York, NY 10278
AUSA's Phone: (212) 335-8000

Signature