UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Document # _____

------------------------------------------------

U. S.

      -v-

Peter S. Grimm

U.S.C.A. # 12-4310

U.S.D.C. # 1:10-CR-654-3

JUDGE: Hon. Harold Beer, Jr.

DATE: 11-8-2012

------------------------------------------------

## NOTICE TO THE DOCKET CLERK



( First ) SUPPLEMENTAL INDEX

The record in the above entitled case was indexed to the U.S.C.A. for the Second Circuit on the ___8th___ Day of ___Nov._____, 2012.

Rev. 1/03/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

U.S.

-v-

Peter S. Grimm

U.S.C.A. # 12-4310

U.S.D.C. # 1:10-CR-654

JUDGE: Hon. Harold Baer, Jr.

DATE: 11-8-2012

---

## First SUPPLEMENTAL INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME): Aaron N. Orcutt
FIRM: O'Melveny & Myers, LLP
ADDRESS: 7 Times Square
New York, New York 10036
PHONE NO.: (212) 908-2427

**DISTRICT COURT DOCKET ENTRIES**

| DOCUMENT DESCRIPTION | DOC. # |
|---|---|
| 1. **SUPPLEMENTAL CLERK'S CERTIFICATE** | -- |
| 2. Transcript 8-4-2010 | 13 |
| 3. Transcript 12-16-2010 | 23 |
| 4. Transcript 12-16-2010 | 24 |
| 5. Transcript 12-16-2010 | 25 |
| 6. Transcript 4-7-2011 | 29 |
| 7. Transcript 5-19-2011 | 36 |
| 8. Transcript 6-16-2011 | 44 |
| 9. Transcript 9-27-2011 | 61 |

Rev. 7/01/11

USCA NO. 12-4310　　　　　　　　　　　SDNY NO. 1:10-CR-654

# SUPPLEMENTAL INDEX TO THE ROA CONTINUED

| Document Description | | DOC. # |
|---|---|---|
| Transcript | 9-27-2011 | 62 |
| Transcript | 9-27-2011 | 64 |
| Transcript | 1-4-2012 | 116 |
| Transcript | 1-4-2012 | 120 |
| Transcript | 3-7-2012 | 197 |
| Transcript | 3-20-2012 | 207 |
| Transcript | 3-14-2012 | 210 |
| Transcript | 3-20-2012 | 211 |
| Transcript | 4-2-2012 | 226 |
| Transcript | 4-23,24,25,26,27-2012 | 237 |
| Transcript | 4-27,30, 5-1-2012 | 238 |
| Transcript | 4-12,16,17-2012 | 239 |
| Transcript | 5-2,3,4,7,8,9,10,11-2012 | 240 |
| Transcript | 4-18,19,20-2012 | 243 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------

U.S.

-v-

Peter S. Grimm

------------------------------------------------

U.S.C.A. # 12-4310

U.S.D.C. # 1:10-CR-654-3

JUDGE: Hon. Harold Baer, Jr.

DATE: 11-8-2012

## First SUPPLEMENTAL CLERK'S CERTIFICATE

I, Ruby J. Krajick, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified extract of the docket entries and the original filed papers numbered __1__ Through __276__, inclusive, constitute the Supplemental record on appeal in the above entitled proceedings.

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this __8th__ Day of __Nov.__ In this year of our Lord, Two Thousand and Twelve, and the Independence of the United States this 236TH year.

Ruby J. Krajick, Clerk

By _____
Deputy Clerk

Rev. 1/03/12

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

U. S.

-v-

Peter S. Grimm

U.S.C.A. # 12-4310

U.S.D.C. # 1:10-CR-654 -3

JUDGE: Hon. Harold Baer, Jr.

DATE: 11-8-2012

## EXTRACT OF DOCKET ENTRIES

| DATE | DOCUMENT DESCRIPTION |
|---|---|
| 8-12-2010 | Transcript (8-4-2010) |
| 1-5-2011 | Transcript (12-16-2010) |
| 1-6-2011 | Transcript (12-16-2010) |
| 1-7-2011 | Transcript (12-16-2010) |
| 4-12-2011 | Transcript (4-7-2011) |
| 5-27-2011 | Transcript (5-19-2011) |
| 7-20-2011 | Transcript (6-16-2011) |
| 10-3-2011 | Transcript (9-27-2011) |

Ruby J. Krajick, Clerk

By _____
Deputy Clerk

Rev. 7/01/11

Page _____

USCA NO. 12-4310

SDNY NO. 1:10cR-654

# EXTRACT OF DOCKET ENTRIES

| Date Filed | Document Description |
|---|---|
| 10-3-2011 | Transcript (9-27-2011) |
| 10-17-2011 | Transcript (9-27-2011) |
| 1-10-2012 | Transcript (1-04-2012) |
| 1-27-2012 | Transcript (1-04-2012) |
| 3-14-2012 | Transcript (3-07-2012) |
| 3-28-2012 | Transcript (3-20-2012) |
| 3-28-2012 | Transcript (3-20-2012) |
| 3-29-2012 | Transcript (3-20-2012) |
| 4-11-2012 | Transcript (4-2-2012) |
| 5-29-2012 | Transcript (April 23, 24, 25, 26, 27)-2012) |
| 5-30-2012 | Transcript ((April 27, 30 & May 1)-2012) |
| 5-30-2012 | Transcript (April 12, (6, 17)-2012 |
| 6-1-2012 | Transcript (May 2, 3, 4, 7, 8, 9, 11)-2012 |
| 6-1-2012 | Transcript (April 18, 19, 20)-2012 |