CRIMINAL APPEAL TRANSCRIPT INFORMATION - FORM B

TO BE COMPLETED BY ATTORNEY:

**CASE NAME:** United States v. Carollo, et al.

**DOCKET NUMBER:** S1 10-CR-654 (HB)

**COUNSEL'S NAME:** Howard E. Heiss

**COUNSEL'S ADDRESS:** O'Melveny & Myers LLP
7 Times Square, New York, NY 10036

**COUNSEL'S PHONE:** (212) 326-2116

## QUESTIONNAIRE

[✓] I am ordering a transcript.

[ ] I am not ordering a transcript. Reason: [ ] Daily copy available [ ] U.S. Atty. placed order [ ] Other (attach explanation)

## TRANSCRIPT ORDER

Prepare transcript of

[✓] Pre-trial proceedings: See Attached List
(Description & Dates)

[✓] Trial: April 16, 2012 - May 11, 2012
(Description & Dates)

[✓] Sentencing: October 18, 2012
(Description & Dates)

[ ] Post-trial proceedings: _____
(Description & Dates)

I, Howard E. Heiss (counsel's name), hereby certify that I will make satisfactory arrangements with the court reporter for payment of the costs of the transcript in accordance with FRAP 10(b).

Method of payment: [✓] Funds  [ ] CJA Form 24

/s/ Howard E. Heiss                    November 9, 2012
Counsel's Signature                    Date

TO BE COMPLETED BY COURT REPORTER AND FORWARDED TO COURT OF APPEALS:

## ACKNOWLEDGMENT

Date order received: _____        Estimated Number of Pages: _____

Estimated completion date: _____

_____            _____
Court Reporter's Signature              Date

After filling out the "To Be Completed by Attorney" section, counsel should submit the original to the U.S. District Court and copies to the Court of Appeals, U.S. Attorney's Office, and Court Reporter.

*United States v. Carollo, et al.*
S1 10-cr-654 (HB)

<u>**Attachment to "Criminal Appeal Transcript Information - Form B"**</u>

Submitted on Behalf of Appellant Peter S. Grimm

**Dates of Requested Pre-Trial Proceeding Transcripts**

- July 30, 2010
- August 4, 2010
- November 29, 2010
- December 16, 2010
- April 7, 2011
- May 19, 2011
- June 16, 2011
- August 9, 2011
- September 27, 2011
- December 2, 2011
- December 20, 2011
- January 4, 2012
- March 7, 2012
- March 14, 2012
- March 20, 2012
- April 2, 2012
- April 12, 2012