

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    Plaintiff,

 -against-

DOMINICK P. CAROLLO,
STEVEN E. GOLDBERG, and
PETER S. GRIMM,

    Defendants.

Case No. No. S1 10-CR-654 (HB)

(ECF Matter)

## NOTICE OF WITHDRAWAL

Please take notice that I, Brooke E. Cucinella, an attorney with O'Melveny & Myers LLP and one of the attorneys for Defendant Peter S. Grimm, hereby withdraw as counsel for Mr. Grimm. I am withdrawing because I am leaving O'Melveny & Myers LLP as of November 26, 2012, and will begin working at the U.S. Attorney's Office for the Southern District of New York on December 3, 2012. O'Melveny & Myers LLP continues to serve as counsel for Mr. Grimm through its attorneys Howard Heiss, Mark Racanelli, and Anton Metlitsky.

Dated: New York, New York
   November 26, 2012

          Respectfully submitted,

          O'MELVENY & MYERS LLP

          *Brooke E. Cucinella* / e.TH
          Brooke E. Cucinella
          O'MELVENY & MYERS LLP
          7 Times Square
          New York, NY 10036
          Phone: (212) 326-2000
          Fax: (212) 326-2061

          *Attorney for Defendant Peter S. Grimm*

SO ORDERED

[signature] 11/27/12
U.S.D.J.