# O

## O'MELVENY & MYERS LLP

| | Times Square Tower | |
|---|---|---|
| BEIJING | 7 Times Square | NEWPORT BEACH |
| BRUSSELS | New York, New York 10036 | SAN FRANCISCO |
| CENTURY CITY | | SHANGHAI |
| HONG KONG | TELEPHONE (212) 326-2000 | SILICON VALLEY |
| JAKARTA† | FACSIMILE (212) 326-2061 | SINGAPORE |
| LONDON | www.omm.com | TOKYO |
| LOS ANGELES | | WASHINGTON, D.C. |

December 4, 2012

OUR FILE NUMBER
336,915-002

**VIA FACSIMILE**

WRITER'S DIRECT DIAL
(212) 326-4403

Honorable Harold Baer, Jr.
United States District Judge
United States Courthouse
500 Pearl Street
Room 2230
New York, NY 10007

WRITER'S E-MAIL ADDRESS
mracanelli@omm.com

Re: *United States v. Carollo, et al., S1 10 Cr. 654 (HB)*

Dear Judge Baer:

I write on behalf of Peter Grimm in response to the Court's November 27, 2012 letter concerning the Southern District of New York's prison orientation program. As Your Honor notes, because Mr. Grimm is currently scheduled to surrender on December 12, 2012, he will not be able to receive the benefit of this program, which holds its next meeting on December 18, 2012. That is unfortunate because the program, as Your Honor explains, is designed to ease the anxiety and smooth the transition into prison for people, like Mr. Grimm, who have never before been incarcerated. While attending the program may help Mr. Grimm's wife better understand what he is about to encounter, it is Mr. Grimm who would most benefit from it. He is leaving behind a loving family for the alien landscape of prison for the next three years, and the anxiety surrounding that separation--especially as it is occurring soon before Christmas--naturally is taking its toll on him and his loved ones. I know that being able to better understand what is awaiting Mr. Grimm will go a long way towards helping him and his family through this difficult situation.

† In association with Tumbuan & Partners

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/6/12

**O'MELVENY & MYERS LLP**
Honorable Harold Baer, Jr., December 4, 2012 - Page 2

We respectfully ask that the Court extend Mr. Grimm's surrender date until Friday, December 28, 2012, to allow him an opportunity to participate with his wife in the Southern District of New York's prison orientation program.

Respectfully submitted,

Mark A. Racanelli
O'Melveny & Myers LLP

cc: Antonia Hill, Esq. (*via e-mail*)

12/6/12 I tried to change the date for the new program but pre-trial services had problems w/ that thought so I'm afraid the family will have to convey any learning the program produced - Denied

SO ORDERED
Harold Baer
USDJ

Endorsement:

      I tried to change the date for the new program but pre trial services had problems with that thought so I'm afraid the family will have to convey any learning the program produces - Denied.